# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Milazzo, Jane T. | United States District Court, Eastern District of Louisiana | 07/27/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2017<br>**to**<br>12/31/2017 |

**7. Chambers or Office Address**

500 Poydras Street, Room C-206
New Orleans, Louisiana 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2017 | EDWARD JONES IRA DISTRIBUTION FOR ESTATE BENEFICIARY | $4,583.00 |
| 2. | 2017 | NEW ORLEANS BAR ASSN PAID FOR 2 NIGHTS OF HOTEL FOR ANNUAL BENCH BAR CONFERENCE IN POINT CLEAR, AL 3/31 - 4/1/17 | $485.16 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | U.S. FEDERAL CREDIT UNION, RETIREMENT BENEFITS FOR SPOUSE |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Campus Federal Credit Union Checking / Savings Accounts | A | Interest | K | T | | | | | |
| 2. E.I. duPont de Nemours & Co. Stock | A | Dividend | | | Sold | 09/01/17 | J | A | |
| 3. Driehaus Mut Fd Emerg Mkt Gro | A | Dividend | K | T | | | | | |
| 4. Schwab Cap Laudus Intl MK Master | C | Dividend | M | T | Buy (add'l) | 12/13/17 | J | | |
| 5. Royce Opportiunity Fund | A | Dividend | K | T | | | | | |
| 6. Vanguard Index Fd Sml Cp Grw Inv | B | Dividend | M | T | | | | | |
| 7. SPDR S&P 500 Trust | A | Dividend | L | T | | | | | |
| 8. Dow DuPont, Inc | A | Dividend | L | T | Buy | 08/31/17 | L | | See note at VIII |
| 9. MetLife Universal Life Cash Surrender Value | A | Dividend | K | T | | | | | |
| 10. SPDR Global Real Estate ETF | A | Dividend | L | T | | | | | |
| 11. Chemours Company | A | Dividend | J | T | | | | | |
| 12. Charter Commuications, Inc. New "A" | A | Dividend | | | Sold | 12/19/17 | J | A | |
| 13. Lands End Inc., New | A | Dividend | | | Sold | 12/19/17 | J | A | |
| 14. Waste Management, Inc. | A | Dividend | | | Sold | 12/19/17 | J | A | |
| 15. Baron Emerging Market Retail | A | Dividend | K | T | Sold (part) | 12/01/17 | J | | |
| 16. START LA Account | A | Int./Div. | J | T | Buy (add'l) | 09/11/17 | J | | |
| 17. ING Fixed Account | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Movil SA De CV ADR | A | Dividend | J | T | | | | | |
| 19. AT&T | A | Dividend | J | T | | | | | |
| 20. Capital One Financial Corp | A | Dividend | L | T | | | | | |
| 21. Caterpillar. Inc. | A | Dividend | J | T | | | | | |
| 22. Chevron Corp | A | Dividend | K | T | | | | | |
| 23. Pfizer. Inc. | A | Dividend | J | T | | | | | |
| 24. Comcast Corp Cl A | A | Dividend | J | T | | | | | |
| 25. Ford Motor Co | A | Dividend | J | T | | | | | |
| 26. Gatx Corp | A | Dividend | J | T | | | | | |
| 27. General Electric Co | B | Dividend | K | T | | | | | |
| 28. GlaxoSmithkline PLC | A | Dividend | J | T | | | | | |
| 29. Home Depot | A | Dividend | K | T | | | | | |
| 30. McDonalds | A | Dividend | J | T | | | | | |
| 31. Merck & Co. Inc.. New | A | Dividend | J | T | | | | | |
| 32. | | | | | | | | | |
| 33. Pepsico. Inc. | A | Dividend | J | T | | | | | |
| 34. Proctor & Gamble | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Texas Instruments, Inc. | A | Dividend | J | T | | | | | |
| 37. Tredegar Industries | A | Dividend | J | T | | | | | |
| 38. Verizon | A | Dividend | J | T | | | | | |
| 39. Allstate Corp. | A | Dividend | J | T | | | | | |
| 40. Archer Daniels Midland Co. | A | Dividend | J | T | | | | | |
| 41. Ensco Intl PLC New | A | Dividend | J | T | | | | | |
| 42. Express Scripts Holding Co. | A | Dividend | J | T | | | | | |
| 43. Arthur Gallagher & Co. | A | Dividend | K | T | | | | | |
| 44. Hancock Holdings Co. | A | Dividend | J | T | | | | | |
| 45. IBM | A | Dividend | K | T | | | | | |
| 46. J.P. Morgan Chase | A | Dividend | J | T | | | | | |
| 47. Microsoft | A | Dividend | J | T | | | | | |
| 48. Rockwell Automation | A | Dividend | J | T | | | | | |
| 49. Rockwell Collins Inc. | A | Dividend | J | T | | | | | |
| 50. Time Warner, Inc. New | A | Dividend | J | T | | | | | |
| 51. UBS Group AG | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wal-Mart Stores, Inc. | A | Dividend | J | T | | | | | |
| 53. Walt Disney Co | A | Dividend | J | T | | | | | |
| 54. Yum Brands | A | Dividend | J | T | | | | | |
| 55. Yum China Holdings (X) | A | Dividend | J | T | | | | | |
| 56. T. Rowe Price Inst Mid-Cap Equity Growth | A | Dividend | M | T | | | | | |
| 57. | | | | | | | | | |
| 58. Vanguard Short Term Bond Fund | B | Dividend | K | T | Sold (part) | 12/04/17 | L | | |
| 59. Vanguard Total Bond Market ETF | A | Dividend | | | Sold | 11/30/17 | L | | |
| 60. Vanguard Total World Fund ETF | B | Dividend | M | T | Buy (add'l) | 09/27/17 | J | | |
| 61. Vanguard CRSP US Small Cap Value Ind | A | Dividend | M | T | | | | | |
| 62. ALPS Fund Aspen Managed Futures | A | Dividend | K | T | Buy (add'l) | 09/27/17 | J | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. Fidelity Funds New Markets Inc. | A | Dividend | J | T | Buy (add'l) | 12/01/17 | J | | |
| 66. J.P. Morgan Strategic Income Opportunity Fund Select | A | Dividend | K | T | Buy (add'l) | 12/28/17 | K | | |
| 67. T. Rowe Price Value Fund | A | Dividend | K | T | | | | | |
| 68. Templeton Emerg Markets Small Cap ADV | A | Dividend | K | T | Buy (add'l) | 12/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Templeton Global Total Return Fund ADV | A | Dividend | K | T | Buy (add'l) | 12/18/17 | J | | |
| 70. Thornburg LTD-Term Inc Instl | A | Dividend | K | T | Buy (add'l) | 12/01/17 | K | | |
| 71. Amazon Company. Inc. | A | Dividend | L | T | | | | | |
| 72. Alphabet, Inc. CL C | A | Dividend | L | T | | | | | |
| 73. Alphabet Inc. CL A | A | Dividend | L | T | | | | | |
| 74. Medtronic, Inc. | A | Dividend | K | T | | | | | |
| 75. SPDR Global Real Estate ETF | A | Dividend | J | T | | | | | |
| 76. Vanguard Int'l Bond Index ETF | A | Dividend | K | T | | | | | |
| 77. IShares Edge MSCI MIN VOL USA ETF | A | Dividend | K | T | | | | | |
| 78. Vanguard CRSP US Large Cap Value Ind | A | Dividend | K | T | | | | | |
| 79. ALPS Fund Aspen Managed Futures | A | Dividend | K | T | | | | | |
| 80. | | | | | | | | | |
| 81. Property # 2. Napoleonville. LA | | None | J | W | | | | | |
| 82. Property # 4. Napoleonville. LA | | None | K | W | | | | | |
| 83. Property # 5. Napoleonville. LA | | None | K | W | | | | | |
| 84. DFA Int'l Core Equity Portfolio 1 | A | Dividend | L | T | Buy (add'l) | 12/15/17 | J | | |
| 85. Vanguard Inflation - Protected Sec Admiral | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5,000 | D =$5.001 - $15,000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100,000 | G =$100.001 - $1.000,000 | H1 =$1.000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15.001 - $50.000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250.001 - $500,000 | O =$500.001 - $1,000,000 | P1 =$1.000,001 - $5,000,000 | P2 =$5.000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 9 of 12

**Name of Person Reporting**

Milazzo, Jane T.

**Date of Report**

07/27/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Edward Jones MM Cash Account | A | Int./Div. | J | T | | | | | |
| 87. TDAM Municipal Portfolio Class A Cash | A | Int./Div. | K | T | | | | | |
| 88. FDIC InsuredDeposit Account Cash | A | Interest | L | T | | | | | |
| 89. Origin Bank MM | B | Interest | J | T | | | | | |
| 90. Bossier Parish, LA Sch Distr GO 3.375% (X) | A | Interest | K | T | | | | | |
| 91. Charles Schwab MM (X) | A | Interest | J | T | | | | | |
| 92. Tesla Motors, Inc. (X) | A | Dividend | J | T | | | | | |
| 93. Calamos Evolving World Growth A (X) | A | Dividend | J | T | | | | | |
| 94. Templeton Emerging Markets Small Cap A (X) | A | Dividend | K | T | | | | | |
| 95. Petroquest Energy, LLC Royalty Interest (X) | C | Royalty | K | W | | | | | |
| 96. Baton Rouge LA residence rental, Baton Rouge Parish, LA | D | Rent | M | W | | | | | |
| 97. Baron Emerging Market Fund, Instl | A | Dividend | J | T | | | | | |
| 98. DFA Real Estate Securities Portfolio | | None | K | T | | | | | |
| 99. DFA International Real Estate | | None | K | T | | | | | |
| 100. DFA US Large CAP Value | | None | L | T | | | | | |
| 101. DFA Emerging Market Small CAP | | None | K | T | | | | | |
| 102. DFA US Small Cap Value | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. DFA Int'L Small Company Portfolio | | None | L | T | | | | | |
| 104. DFA Emerging Market Core Equity | | None | K | T | | | | | |
| 105. DFA US Large Company Portfolio Inst | | None | L | T | | | | | |
| 106. Vanguard Short Term Bond Fund | A | Dividend | J | T | Buy | 09/29/17 | J | | |
| 107. Dodge & Cox Income Fund | A | Dividend | L | T | Buy | 11/30/17 | L | | |
| 108. Meridian Resources, Royalties (x) | D | Royalty | K | W | | | | | |
| 109. Undeveloped property in Assumption Parish, Louisiana | | None | J | W | Sold (part) | 02/01/17 | O | G | See Note at VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 07/27/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line 96 Former personal residence in Baton Rouge. LA has become rental property.

Line 8  Dupont merged with Dow Chemical Company in an all stock transaction on August 31. 2017 to create the combined company known as DowDuPont. Inc.
.

Line 109 Inherited acreage in swampy. undeveloped area in Asssumption Parish. Louisiana. Property was inherited in 2012 but inadvertently omitted from Financial Disclosure Reports.. On February 1. 2017. A lawsuit was concluded regarding impairment of the value of the property. The result  was  a confidential settlement with owners.  .

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane T. Milazzo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544